**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:     (702) 538-9074
Facsimile:      (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Sierra Ranch Homeowners'' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-21CB,<br><br>                    Plaintiff,<br><br>vs.<br><br>SIERRA RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.:     2:15-cv-01914-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DATE TO COMPLAINT [DKT. 1]**<br><br>*First Request* |

Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-21CB, by and through their attorney Darren Brenner of

AKERMAN LLP and Defendant SIERRA RANCH HOMEOWNERS ASSOCIATION (the "Association"), by and through their attorney Ryan Hastings, of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

1. The Association has tendered its defense in this action to its insurance carrier and is currently awaiting a coverage decision and notification of assignment of counsel.

2. The Association shall be granted an additional 30-days to prepare a responsive pleading to Plaintiff Complaint [Dkt.1] up to and including November 30, 2015, to allow the Association's insurance carrier sufficient time to assign counsel to represent the Association's interests in this action.

Dated this ____ day of October, 2015.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| ____/s/ Darren T. Brenner_____ | ____/s/ Ryan D. Hastings_____ |
| Darren T. Brenner | SEAN L. ANDERSON |
| Natalie L. Winslow | Nevada Bar No. 7259 |
| 1160 Town Center Drive, Suite 330 | RYAN D. HASTINGS |
| Las Vegas, NV 89144 | Nevada Bar No. 12394 |
| Telephone: (702) 634-5000 | 8945 West Russell Road, Suite 330 |
| *Attorneys for Plaintiff* | Las Vegas, Nevada 89148 |
|  | *Attorneys for Defendant Sierra Ranch Homeowners Association* |

**ORDER**

FOR GOOD CAUSE SHOWN and upon the stipulation by the parties,

**IT IS HEREBY ORDERED AND ADJUGDGED** that Defendant Sierra Ranch Homeowners Association s response is due on or before **November 30, 2015.**

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2015.

_____
U.S. MAGISTRATE JUDGE