**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Sierra Ranch Homeowners'' Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-21CB,<br><br>                  Plaintiff,<br><br>vs.<br><br>SIERRA RANCH HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                  Defendants. | Case No.:   2:15-cv-01914-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DATE TO MOTION FOR SUMMARY JUDGMENT [DKT. 81]**<br><br>*First Request* |

/ / /

/ / /

/ / /

# STIPULATION AND ORDER TO EXTEND REPLY DATE TO MOTION FOR SUMMARY JUDGMENT [DKT. 81

Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-21CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-21CB, by and through their attorney Natalie Winslow of AKERMAN LLP and Defendant SIERRA RANCH HOMEOWNERS ASSOCIATION (the "Association"), by and through their attorney Ryan Hastings, of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

1. On October 7, 2016 the Association filed a Motion for Summary Judgment as ECF No. 81.

2. On October 31, 2016, Bank of New York Mellon filed its Opposition to Sierra Ranch Homeowners' Association's Motion for Summary Judgment as ECF No. 88.

3. The Association's Reply is due November 17, 2016.

IT HEREBY STIPULATED AND AGREED that the Association will have a two-week extension to file its Reply.

IT IS FURTHER STIPULATED AND AGREED that the Association's Reply shall be filed on or before **December 2, 2016.**

/ / /

/ / /

/ / /

This is the parties first request of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 17th day of November, 2016.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| __/s/ Natalie L. Winslow_____ | __/s/ Ryan D. Hastings_____ |
| Darren T. Brenner | SEAN L. ANDERSON |
| Natalie L. Winslow | Nevada Bar No. 7259 |
| 1160 Town Center Drive, Suite 330 | RYAN D. HASTINGS |
| Las Vegas, NV 89144 | Nevada Bar No. 12394 |
| Telephone: (702) 634-5000 | 8945 West Russell Road, Suite 330 |
| *Attorneys for Plaintiff* | Las Vegas, Nevada 89148 |
| | *Attorneys for Defendant Sierra Ranch Homeowners Association* |

## ORDER

FOR GOOD CAUSE SHOWN and upon the stipulation by the parties,

**IT IS HEREBY ORDERED AND ADJUGDGED** that Defendant Sierra Ranch Homeowners Association's Reply is due on or before **December 2, 2016**

**IT IS SO ORDERED.**

Dated November 18, 2016.

_____
**U.S. DISTRICT COURT JUDGE**