UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:15-CV-1914 JCM (PAL) |
| Plaintiff(s), | AMENDED ORDER |
| v. | |
| SIERRA RANCH HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank Of New York Mellon v. Sierra Ranch Homeowners Association et al.*, case number 2:15-cv-01914-JCM-PAL. The Bank of New York Mellon asserts that attorney Thera A. Cooper is no longer associated with Akerman LLP, which continues to represent the bank. (ECF No. 112). Accordingly, it requests that Ms. Cooper be removed from the electronic service list. *Id.*

Because Ms. Cooper is no longer associated with Akerman LLP, the Bank of New York Mellon's motion is granted. Ms. Cooper is hereby removed from the electronic service list.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Bank of New York Mellon's motion to remove attorney from electronic service list (ECF No. 112) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Thera A. Cooper be, and the same hereby is, REMOVED from the electronic service list.

DATED July 20, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**